IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RENEE RODRIGUEZ

    Movant,

vs.                                                      No. CV 18-01132 RB/JHR
                                                         No. CR 15-04526 RB

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER TO ANSWER**

This matter is before the Court, *sua sponte* under Rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (CV Doc. 1; CR Doc. 118). The Court will direct the United States to answer Defendant's motion.

IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States of America a copy of Defendant's motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence and supporting papers and exhibits, if any, together with a copy of this Order;

IT IS FURTHER ORDERED that, within twenty-three days of entry of this Order, the United States answer Defendant's § 2255 motion.

_____
JERRY H. RITTER
UNITED STATES MAGISTRATE JUDGE