IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RENEE RODRIGUEZ,

    Movant,

vs.                                           No. CV 18-01132 RB/JHR
                                                  No. CR 15-04526 RB

UNITED STATES OF AMERICA,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Jerry H. Ritter, filed November 4, 2019. (Doc. 8.) The parties had until November 21, 2019, to file any objections. (*Id.*) The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 8) are **ADOPTED**.

**IT IS FURTHER ORDERED** that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 1) is **DENIED** and a Certificate of Appealability is **DENIED**.

                                                          _____
                                                          ROBERT C. BRACK
                                                          SENIOR U.S. DISTRICT JUDGE